UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **RAMEEZ ALI,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **DEPARTMENT OF HOMELAND** ) <br> **SECURITY; ALEJANDRO MAYORKAS,** ) <br> **Secretary of the Department of Homeland** ) <br> **Security; and UR MENDOZA JADDOU,** ) <br> **Director of United States Citizenship and** ) <br> **Immigration Services,** ) <br> ) <br> **Defendants.** ) <br> ) | **Civil Action No.** <br> **22-40085-FDS** |

## ORDER ON DEFENDANTS' MOTIONS TO DISMISS

**SAYLOR, C.J.**

Plaintiff Rameez Ali filed a complaint in this case on October 14, 2021. His complaint requested a writ of mandamus compelling the United States Citizenship and Immigration Services to take action on his I-40 petition. The complaint was originally filed in the United States District Court for the District of Columbia, and was transferred to this court on July 26, 2022.

On September 21, 2022, defendants filed a motion to dismiss for failure to state a claim and a motion to dismiss for lack of jurisdiction. On December 13, 2022, defendants filed a motion to dismiss for lack of prosecution. Plaintiff has not responded to any motion.

Dismissal for lack of jurisdiction is appropriate when "the issues are no longer live or the parties no longer have a legally cognizable interest in the outcome." *Horizon Bank & Tr. Co. v. Massachusetts*, 391 F.3d 48, 53 (1st Cir. 2004). According to the government, USCIS approved

plaintiff's I-40 application on September 1, 2022.  Accordingly, the sole issue raised by the complaint is moot.  The Court will accordingly dismiss the case for lack of jurisdiction.

For the foregoing reasons, defendants' motion to dismiss for lack of jurisdiction is GRANTED.  Defendants' motion to dismiss for failure to state a claim and motion to dismiss for lack of prosecution are DENIED as moot.  The clerk is directed to enter a separate order of dismissal.

**So Ordered.**

Dated: April 24, 2023

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court